UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. MCDANIELS, ) | CASE NO. C12-1289-TSZ-MAT |
| Plaintiff, ) | |
| v. ) | ORDER DENYING MOTION FOR |
| ) | APPOINTMENT OF COUNSEL |
| WHATCOM COUNTY EXECUTIVE PETE ) | |
| KREMEN, et al., ) | |
| Defendant. ) | |

Plaintiff Peter J. McDaniels, proceeding *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights case, requests the appointment of counsel. (*See* Dkt. 15 at 3.) The Court, having considered the request, does hereby find and ORDER:

(1) There is no right to have counsel appointed in cases brought under § 1983. Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to articulate his claims *pro se* that would warrant the appointment of counsel at this time. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). Accordingly, plaintiff's request

ORDER
PAGE -1

for the appointment of counsel (Dkt. 15 at 3) is DENIED.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable Thomas S. Zilly.

DATED this <u>24th</u> day of September, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2