01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09  PETER J. MCDANIELS,                        )    CASE NO. C12-1289-TSZ-MAT
                                               )
10          Plaintiff,                         )
                                               )
11      v.                                     )    ORDER DENYING MOTION FOR
                                               )    APPOINTMENT OF COUNSEL
12  WHATCOM COUNTY EXECUTIVE PETE )
    KREMEN, et al.,                            )
13                                             )
            Defendant.                         )
14  _____ )

15          Plaintiff Peter J. McDaniels, proceeding *pro se* and *in forma pauperis* (IFP) in this 42

16  U.S.C. § 1983 civil rights case, requests the appointment of counsel.   (*See* Dkt. 15 at 3.)   The

17  Court, having considered the request, does hereby find and ORDER:

18          (1)     There is no right to have counsel appointed in cases brought under § 1983.

19  Although the Court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party

20  proceeding IFP, plaintiff has shown neither exceptional circumstances, nor an inability to

21  articulate his claims *pro se* that would warrant the appointment of counsel at this time.  *See*

22  *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).   Accordingly, plaintiff's request

ORDER
PAGE -1

01  for the appointment of counsel (Dkt. 15 at 3) is DENIED.

02       (2)    The Clerk is directed to send a copy of this Order to the parties and to the

03  Honorable Thomas S. Zilly.

04       DATED this <u>24th</u> day of September, 2012.

05

06

07                                        Mary Alice Theiler
                                          United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER
PAGE -2