UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. MCDANIELS, | ) |
| | ) CASE NO. C12-1289-TSZ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER TO SHOW CAUSE |
| | ) |
| PETE KREMEN, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Defendants Bill Elfo, Shirley Forslof, and Pete Kremen filed a Motion for Summary Judgment. (Dkt. 37.) However, they failed to serve *Rand* and *Wyatt* notices concurrently with the motion and thereby ensure that plaintiff, a *pro se* prisoner, has fair, timely and adequate notice of what is required of him in order to oppose the motion. *Woods v. Carey*, 684 F.3d 934, 2012 WL 2626912, at *1 (9th Cir. July 6, 2012). Defendants also failed to provide any proof of service. Accordingly, the Court does hereby find and ORDER:

(1) As the Court noted in the September 21, 2012 Order Directing Service: "Defendants who do not file and serve, in a separate document, the required *Rand* and *Wyatt*

ORDER
PAGE -1

notices could face (a) having their motions stricken with leave to refile and (b) possible monetary sanctions." (Dkt. 16 at 4-5.) Defendants Bill Elfo, Shirley Forslof, and Pete Kremen are ordered to SHOW CAUSE within **seven (7) days** of the date of this Order why their Motion for Summary Judgment should not be stricken due to the absence of concurrently filed *Rand* and *Wyatt* notices. In the alternative, defendants may, within the same seven-day period, serve the warnings on plaintiff, provide proof of service to the Court, and renote the pending Motion for Summary Judgment. (*See* Dkt. 16 at 4-5 (containing model language for *Rand/Wyatt* notices).)

(2) As also indicated in the Order Directing Service, any document filed with the Court must be accompanied by proof of service upon all parties that have entered a notice of appearance in this matter. (Dkt. 16 at 5.) *See also* Local CR 5(f) (requiring proof of service). Defendants are reminded that any future submissions to the Court must be accompanied by proof of service.

(3) The Clerk is directed to send a copy of this Order to the parties and to the Honorable Thomas S. Zilly.

DATED this 29th day of November, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2