UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER J. MCDANIELS,

    Plaintiff,

    v.

PETE KREMEN, et al.,

    Defendants.

CASE NO. C12-1289-TSZ-MAT

ORDER RE:  MOTION FOR EXTENSION OF TIME

Plaintiff Peter J. McDaniels, proceeds *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights case.  He seeks a second extension of time (Dkt. 88) to respond to a motion for summary judgment filed by Pete Kremen and Bill Elfo (Dkt. 37).  Defendants oppose the motion.  (Dkt. 89.)  The Court does hereby find and ORDER:

(1)  Plaintiff's motion for an extension of time (Dkt. 88) is GRANTED.  However, as the Court has already granted plaintiff an extension of time to respond to the motion in question (*see* Dkt. 84), the Court finds only a brief extension appropriate.  Plaintiff may submit a supplemental opposition to the pending motion for summary judgment on or before **March**

ORDER
PAGE -1

**25, 2013**. Defendants may submit a supplemental reply on or before **March 29, 2013**, and the motion for summary judgment (Dkt. 37) is RENOTED for consideration as of that same date. **No further extensions of time will be granted in relation to the motion for summary judgment in question**.

(2) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and to the Honorable Thomas S. Zilly.

DATED this 11th day of March, 2013.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE -2