UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. MCDANIELS, | ) |
| | ) CASE NO. C12-1289-TSZ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER RE: MOTION FOR |
| | ) EXTENSION OF TIME |
| PETE KREMEN, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

Plaintiff Peter J. McDaniels, proceeds *pro se* and *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights case. He seeks an extension of time (Dkt. 99) to respond to a motion for summary judgment regarding religious practices (Dkt. 90). Defendants oppose the motion. (Dkt. 101.) The Court does hereby find and ORDER:

(1) Plaintiff's motion for an extension of time (Dkt. 99) is GRANTED. However, the Court finds plaintiff's request for a ninety-day extension unreasonable for the reasons set forth in defendants' opposition to the motion. (*See* Dkt. 101.) The Court, instead, finds only a brief extension of time appropriate. Defendants' motion for summary judgment regarding

ORDER
PAGE -1

religious practices, currently noted for consideration on March 29, 2013 (Dkt. 90), is hereby RENOTED for consideration on **April 19, 2013**. Plaintiff may submit an opposition to the motion on or before **April 15, 2013**, and defendants may submit a reply on or before the noting date.

  (2) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and to the Honorable Thomas S. Zilly.

  DATED this <u>18th</u> day of March, 2013.

          Mary Alice Theiler
          United States Magistrate Judge

ORDER
PAGE -2