01

02

03

04

05

06

07                                   UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
08                                            AT SEATTLE

09   PETER J. MCDANIELS,                        )
                                                )   CASE NO. C12-1289-TSZ-MAT
10           Plaintiff,                         )
                                                )
11   v.                                         )   ORDER RE: MOTION FOR
                                                )   EXTENSION OF TIME
12   PETE KREMEN, et al.,                        )
                                                )
13           Defendants.                        )
     _____        )
14

15          Plaintiff Peter J. McDaniels, proceeds *pro se* and *in forma pauperis* (IFP) in this 42

16   U.S.C. § 1983 civil rights case.   He seeks an extension of time (Dkt. 99) to respond to a motion

17   for summary judgment regarding religious practices (Dkt. 90).   Defendants oppose the motion.

18   (Dkt. 101.)   The Court does hereby find and ORDER:

19          (1)     Plaintiff's motion for an extension of time (Dkt. 99) is GRANTED.   However,

20   the Court finds plaintiff's request for a ninety-day extension unreasonable for the reasons set

21   forth in defendants' opposition to the motion.   (*See* Dkt. 101.)   The Court, instead, finds only

22   a brief extension of time appropriate.   Defendants' motion for summary judgment regarding

ORDER
PAGE -1

01  religious practices, currently noted for consideration on March 29, 2013 (Dkt. 90), is hereby

02  RENOTED for consideration on **April 19, 2013**.  Plaintiff may submit an opposition to the

03  motion on or before **April 15, 2013**, and defendants may submit a reply on or before the noting

04  date.

05          (2)      The Clerk is directed to send a copy of this Order to plaintiff, counsel for

06  defendants, and to the Honorable Thomas S. Zilly.

07          DATED this <u>18th</u> day of March, 2013.

<br>

_____

Mary Alice Theiler

United States Magistrate Judge