UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. MCDANIELS, | ) |
| | ) CASE NO. C12-1289-TSZ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER RE: THREE PENDING |
| | ) MOTIONS FOR SUMMARY |
| PETE KREMEN, et al., | ) JUDGMENT |
| | ) |
| Defendants. | ) |
| | ) |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, docket no. 126, and plaintiff's objections thereto, docket no. 133, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Defendants Kremen's and Elfo's motion for summary judgment (docket no. 37) and the motion for summary judgment on public disclosure (docket no. 48) are GRANTED. Defendant Kremen is DISMISSED from this case, and the only claim pending against defendant Elfo is plaintiff's personal capacity claim;

/ / /

ORDER RE: THREE PENDING
MOTIONS FOR SUMMARY JUDGMENT
PAGE -1

(3) Plaintiff's cross-motion for summary judgment on public disclosure (docket no. 65) is DENIED; and

(4) The Clerk is directed to send copies of this Order to plaintiff pro se, counsel for defendants, and to the Honorable Mary Alice Theiler.

DATED this 11th day of June, 2013.

*[signature: Thomas S. Zilly]*

THOMAS S. ZILLY
United States District Judge

ORDER RE: THREE PENDING
MOTIONS FOR SUMMARY JUDGMENT
PAGE -2