01
02
03
04
05
06

07       UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
08                  AT SEATTLE

09 PETER J. MCDANIELS,                )
                                      )  CASE NO. C12-1289-TSZ-MAT
10      Plaintiff,                    )
                                      )
11      v.                            )  ORDER RE: PENDING MOTIONS
                                      )  FOR EXTENSIONS OF TIME
12 PETE KREMEN, et al.,                )
                                      )
13      Defendants.                   )
   _____)
14

15      Plaintiff Peter J. McDaniels proceeds *pro se* and *in forma pauperis* (IFP) in this 42

16 U.S.C. § 1983 civil rights case. He now seeks extensions of time (Dkt. 192 & 193) to respond

17 to two pending motions. Defendants have not objected to plaintiff's requests. Having

18 considered plaintiff's motions, the Court finds and concludes as follows:

19      (1)    Plaintiff seeks extensions of time to respond to Defendant Zender's Motion for

20 Summary Judgment (Dkt. 188) and Defendants' Motion for Judgment on the Pleadings (Dkt.

21 190). He asks that those motions be renoted for consideration from August 9, 2013 to October

22 25, 2013, pointing to, *inter alia*, his current participation in Ramadan and his work on another

ORDER
PAGE -1

pending motion for summary judgment.

As an initial matter, the Court notes that the motions at issue, both filed on July 19, 2013, should have been noted for consideration on August 16, 2013.  *See* LCR 7(d)(3), (6).  The Court further finds plaintiff's request for extensions of time reasonable.  As such, plaintiff's Motions for Extensions of Time (Dkts. 192 & 193) are GRANTED, and Defendant Zender's Motion for Summary Judgment (Dkt. 188) and Defendants' Motion for Judgment on the Pleadings (Dkt. 190) are hereby RENOTED for consideration on **October 25, 2013**.  Plaintiff may submit responses to the motions no later than **October 21, 2013** and defendants may submit replies no later than the noting date.  **The Court advises plaintiff that, given this lengthy extension of time, no further extensions will be granted in regard to these motions.  Plaintiff is further directed to utilize the time granted to ensure that his responses comply with the length limitation set forth in the Local Civil Rules.**  *See* LCR 7(e)(3) (briefs in opposition must not exceed twenty-four pages).

(2)   The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and to Judge Zilly.

DATED this 20th day of August, 2013.

　　　　　　　　　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　　　　　　　　　Mary Alice Theiler
　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

ORDER
PAGE -2