UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. MCDANIELS, ) | |
| ) | CASE NO. C12-1289-TSZ-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION |
| ) | TO EXTEND DEADLINES |
| BILL ELFO, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendants seek to extend the deadlines for the disclosure of expert witnesses and the filing of dispositive motions in this 42 U.S.C. § 1983 civil rights matter. (Dkt. 235.) Plaintiff did not respond to the motion. Having now considered defendants' motion, along with the remainder of the record, the Court finds and concludes as follows:

(1) Defendants request that the deadlines for the filing of dispositive motions and the disclosure of expert witnesses be extended to June 27, 2014. The Court finds good cause established for this request. (*See* Dkt. 235.) Accordingly, defendants' motion for an extension of deadlines is GRANTED and the deadlines for the disclosure of expert witnesses

ORDER
PAGE -1

and the filing of dispositive motions hereby extended to **June 27, 2014**.

(2) The Clerk is directed to send a copy of this Order to plaintiff, counsel for defendants, and to Judge Zilly.

DATED this <u>6th</u> day of May, 2014.

*[signature]*

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER
PAGE -2