01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                             AT SEATTLE

08  PETER J. MCDANIELS,                )
                                       )   CASE NO. C12-1289-TSZ-MAT
09         Plaintiff,                  )
                                       )
10         v.                          )   ORDER DENYING MOTION TO
                                       )   DISMISS DEFENDANT DANZ
11  BILL ELFO, et al.,                 )
                                       )
12         Defendants.                 )
                                       )
13

14         The Court, having reviewed the Report and Recommendation of Mary Alice Theiler,

15  United States Magistrate Judge, docket no. 249, to which no objection was timely filed, does

16  hereby find and ORDER:

17         (1)    The Court adopts the Report and Recommendation;

18         (2)    Defendant Matt Danz's Motion for Summary Judgment (docket no. 236) is

19  DENIED without prejudice; and

20  / / /

21  / / /

22  / / /

ORDER DENYING MOTION
TO DISMISS DEFENDANT DANZ
PAGE -1

01       (3)     The Clerk is directed to send copies of this Order to all counsel of record and to

02  the Honorable Mary Alice Theiler.

03       DATED this 23rd day of July, 2014.

                                          *Thomas S. Zilly*
                                          THOMAS S. ZILLY
                                          United States District Judge

ORDER DENYING MOTION
TO DISMISS DEFENDANT DANZ
PAGE -2