UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETER J. MCDANIELS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL ELFO, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. C12-1289-TSZ-MAT <br><br> ORDER RE: PENDING MOTIONS <br> AND STATUS CONFERENCE |

Plaintiff filed a Motion for Extension of Deadlines and Request for a Status Conference. (Dkt. 278.) Defendants join in the request for an extension and assert availability for a status conference. (Dkt. 281.) Having considered the requests, the Court does hereby find and ORDER as follows:

(1) Newly appointed counsel for plaintiff requests that the motions pending in this matter be held in abeyance until new deadlines can be discussed and established, and that the court set a status conference in early to mid-September to discuss the status and direction of this case. The Court finds these unopposed requests reasonable. The Court directs counsel for the parties to appear at a status conference at **9:00 a.m.** on **September 12, 2014**. The Court

further STRIKES the deadlines associated with the motions currently pending in this matter. (*See* Dkts. 251, 269, 255 & 264; *see also* Dkt. 280 (relating to Dkts. 188 & 225).) The motions will be held in abeyance until new deadlines are established subsequent to the status conference.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable Thomas S. Zilly.

DATED this 5th day of August, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

ORDER RE: PENDING MOTIONS
AND STATUS CONFERENCE
PAGE -2